UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Manhattan Division

| | | |
|---|---|---|
| SANDOR JACOBSON,  Creditor Trustee of the Morgan Administration, Inc. | ) ) ) | *Registration of Foreign Judgment (Bankruptcy Case No. 18-30039,* |
| Plaintiff, | ) | *A.P. No. 20-00312, N.D. Ill.)* |
| | ) | |
| v. | ) | M.P.  22-00420 (B.C. 22-0064) |
| | ) | |
| WORK WEAR INTERNATIONAL COMPANY, INC. | ) ) | **SATISFACTION OF JUDGMENT** |
| Defendant. | ) | |

WHEREAS SLFAQ, LLC is assignee of the judgment that was entered in favor of Plaintiff and Judgment Creditor, SANDOR JACOBSON, Creditor Trustee of the Morgan Administration, Inc. (hereinafter "Trustee") against Defendant Work Wear International Company, Inc. ("Work Wear") in the above- entitled action, (the "Judgment") (copy of the filed Acknowledgement of Assignment of Judgment is filed herein as **Exhibit 1**); and

WHEREAS SLFAQ, LLC by and through counsel, has duly acknowledged the Satisfaction of Judgment, as filed in the originating proceeding (a true copy of the Satisfaction of Judgment is filed herein as **Exhibit 2**);

THEREFORE, the Clerk of Court is hereby authorized and directed to make an entry of the satisfaction of said Judgment on the docket.


Dated: Scarsdale, New York
         November 14, 2022

/s/ Zachary Mazur_____
Zachary E. Mazur, Esq.
Sarachek Law Firm
670 White Plains Road #PH
Scarsdale, New York 10583
zachary@saracheklawfirm.com  (646) 519-4396
*Attorney to SLFAQ, LLC, Judgment Assignee*