# Exhibit 1

## Acknowledgment of Assignment

## of Judgment

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-30039 |
| | ) | |
| MORGAN ADMINISTRATION, INC., et | ) | Chapter 11 |
| al. d/b/a Home Owners Bargain Outlet, | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |
| | ) | |
| SANDOR JACOBSON, Creditor Trustee of the | ) | |
| Morgan Administration, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 20-00312 |
| | ) | |
| v. | ) | |
| | ) | |
| WORK WEAR INTERNATIONAL | ) | |
| COMPANY, INC. | ) | |
| Defendant. | ) | |

**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**

TO:    THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Bankruptcy Procedure 69, Plaintiff and Judgment Creditor,

SANDOR JACOBSON, Creditor Trustee of the Morgan Administration, Inc., et al. Creditor Trust

(hereinafter "Trustee") acknowledges as follows:

1.    On June 22, 2021, an Order Granting Motion for Entry of Default and

Default Judgment was entered in favor of Trustee against defendant Work Wear International

Company, Inc. ("Judgment Debtor") in the above- entitled action in the amount of $22,087.50 plus

post-judgment interest pursuant to 11 U.S.C. §§547(b) and 550(a).

2.    The name and address of the Judgment Creditor are as follows:

6089004v1/33517-0001                    Page -1-

SANDOR JACOBSON

Creditor Trustee of the Morgan Administration, Inc., et al. Creditor Trust
Plante Moran
10 S. Riverside Plaza, Suite 750
Chicago, Illinois 60606

3.     Upon information and belief, the name and last known address of the Judgment Debtor is:

Work Wear International Company, Inc.
Robert Prager, Officer
655 Rockland Road
Lake Bluff, IL 60044

4.     On April 6, 2022, the Trustee/Judgment Creditor executed an Asset Purchase Agreement, (the "APA") which assigned all right, title and interest in and to the Remnant Assets of the Creditor Trust to buyer SLFAQ, LLC ("SLFAQ" or the "Assignee"). The executed APA becomes effective following "the entry of a final, non-appealable Order of the Court approving the Creditor Trustee's motion for final decree, provided that such Order does not reject the terms of this Agreement…" (APA ⁋ 2).

5.     On September 13, 2022, this Honorable Court issued an Order Granting Motion of Creditor Trustee for an Entry of a Final Decree and Order Seeking Related Relief (the "Final Decree"). The Final Decree did not reject the terms of the APA and is now final and non-appealable.

6.     Pursuant to the APA, Trustee/Judgment Creditor has sold, transferred, assigned and conveyed all right, title and interest in and to the Order of Default and Default Judgment as to the Judgment Debtor and any and all other rights Trustee/Judgment Creditor might have to said Order of Default and Default Judgment to Assignee SLFAQ.

7.     The address of the Assignee is 670 White Plains Road, Penthouse, Scarsdale, New

6089004v1/33517-0001                                              Page -2-

York 10583.

8.      Pursuant to 28 U.S.C. § 1746, the undersigned declare under penalty of perjury that

the foregoing is true and correct to the best of their knowledge and belief.

IT IS SO ACKNOWLEDGED:

DATED: September 30, 2022.          SANDOR JACOBSON, Creditor Trustee of the
                                    Morgan Administration, Inc., *Assignor*

                                    By:  _____

                                    SANDOR JACOBSON
                                    Creditor Trustee of the Morgan
                                    Administration, Inc.

DATED: September 30, 2022           SLFAQ, LLC, *Assignee*

                                    By:  _____
                                    Joseph Sarachek
                                    Managing Member

6089004v1/33517-0001                Page -3-