# Exhibit 2

## Satisfaction of Judgment

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case No. 18-30039 |
| | ) | |
| MORGAN ADMINISTRATION, INC., et al. d/b/a Home Owners Bargain Outlet, Debtor. | ) ) ) | Chapter 11 |
| | ) | Honorable Jacqueline P. Cox |
| SANDOR JACOBSON, Creditor Trustee of the Morgan Administration, Inc. | ) ) ) | |
| Plaintiff, | ) ) | Case No. 20-00312 |
| v. | ) ) ) | |
| WORK WEAR INTERNATIONAL COMPANY, INC., Defendant. | ) ) ) ) | **SATISFACTION OF JUDGMENT** |

WHEREAS on June 22, 2021, an Order Granting Motion for Entry of Default and Default Judgment was entered in favor of SANDOR JACOBSON, Creditor Trustee of the Morgan Administration, Inc., et al. Creditor Trust (hereinafter "Trustee") against defendant Work Wear International Company, Inc. ("Judgment Debtor") in the above- entitled action in the amount of $22,087.50 plus post-judgment interest pursuant to 11 U.S.C. §§547(b) and 550(a);

WHEREAS on April 6, 2022, the Trustee/Judgment Creditor executed an Asset Purchase Agreement, (the "APA") which assigned all right, title and interest in and to the Remnant Assets of the Creditor Trust to buyer SLFAQ, LLC ("SLFAQ" or the "Assignee");

WHEREAS the Trustee subsequently executed an Acknowledgement of Assignment of Judgment on September 30, 2022, which was duly filed in the instant matter.

WHEREAS Assignee herein acknowledges receipt of payment from the Judgment Debtor, which was accepted by Assignment in full satisfaction of the Judgment.

THEREFORE, satisfaction is hereby acknowledged between the Parties for the Judgment, and the Clerk of Court is hereby authorized and directed to make an entry of the satisfaction of said Judgment on the docket.

Page -1-

DATED this 14th day of November 2022

SARACHEK LAW FIRM

Zachary E. Mazur, Esq.
*Attorney for SLFAQ, LLC, Assignee*

STATE OF NEW YORK            )

                                                    ss:

COUNTY OF WESTCHESTER     )

On the 14th day of November, 2022, before me personally came Zachary Mazur, known to me, who executed the foregoing instrument, and acknowledged that he executed the same.

Notary Public

PAUL J. COMBE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO6433498
Qualified in Westchester County
My Commission Expires 05-16-2026